HC LLP
HAMILTON|CLARKE

48 Wall Street, Suite 1100
New York, NY 10005

Tel: 212-729-0952
www.HCLLPLaw.com

**Ethan Van Buren**
Associate Attorney
vanburen@HCLLPLaw.com

The Honorable Clay H. Kaminsky
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

November 25, 2025

<u>**Re: United States v. John Gallo, 25-CR-314-RER**</u>

Dear Judge Kaminsky,

  Defendant John Gallo currently resides in the Eastern District of Pennsylvania, where he is subject to a curfew and electronic monitoring as conditions of his release. We write today to respectfully request permission for him to be able to travel to Brooklyn in order to spend the Thanksgiving and Christmas Eve Holidays with his family.

  For Thanksgiving, Mr. Gallo would travel from his residence in Pennsylvania to Brooklyn on the morning of November 27, and return to Pennsylvania by the afternoon of November 28, 2025. For Christmas Eve, he would travel from Pennsylvania on the morning of December 24, and return by the afternoon of December 25, 2025. In both cases he would spend the night at the home of his sister, who is one of the cosigners to his bond. Her address has been provided to pretrial services.

  Undersigned counsel has communicated with Mr. Gallo's Pretrial Services Officer who does not object to this request, as well as to the Government, who informed Counsel that they defer to Pretrial Services. We note that Mr. Gallo has appeared for two court appearances in this case to date and has incurred no infractions on pretrial release whatsoever.

  We thank Your Honor for your time and attention to this matter and are available to provide any further information the Court may require.

             Respectfully submitted,

             /s/ Ethan Van Buren
             Ethan Van Buren, Esq.
             Lance Clarke, Esq.

cc: All parties of record via ECF